UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 15-47653-399 |
| | ) | |
| **GERALD WAYNE COX JR** | ) | Chapter 13 |
| **MELISSA SUE COX** | ) | |
| | ) | |
| **Debtors** | ) | |
| | ) | |

**TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS**

   **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and hereby WITHDRAWS his Motion To Dismiss dated September 08, 2016.

Dated: October 12, 2016
WDMTDP--AD

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

   The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of October 12, 2016.

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.

GERALD WAYNE COX JR
MELISSA SUE COX
3264 JANTON LANE
SAINT CHARLES, MO  63301

WALTERS & EDWARDS LLC
2407 MUEGGE
ST CHARLES, MO  63303